# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., *as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates* | § § § § § | |
| *Plaintiff,* | § | |
| v. | § § | Civil Action No. 4:25-cv-00263 Judge Mazzant/Judge Davis |
| FRANCES W. DEAN, | § § | |
| *Defendants.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 20, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #19) that Defendant Frances W. Dean's Motion to Dismiss (Dkt. #7) be denied.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Dean's Motion to Dismiss (Dkt. #7) is hereby **DENIED.**

**IT IS SO ORDERED**.

**SIGNED this 23rd day of February, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE