# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., *as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates*, | § § § § § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-00263 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| FRANCES W. DEAN, | § | |
| | § | |
| *Defendant.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 24, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #27) that Defendant Frances W. Dean's Motion for a Temporary Injunction (Dkt. #23) be denied. On March 10, 2026, Defendant filed Objections (Dkt. #28) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #28) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Frances W. Dean's Motion for a Temporary Injunction (Dkt. #23) is hereby **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 23rd day of March, 2026.**

_____

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE